IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mary Hammonds, | : | |
| Plaintiff | : | Civil Action 2:13-cv-0961 |
| v. | : | |
| Assigned Credit Solutions, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Stipulated Order

Plaintiff Mary Hammonds and Defendant Assigned Credit Solutions, Inc. stipulate as follows. Assigned Credit Solutions will pay Plaintiff a total of $14,000.00, in consideration of all claims for damages and attorney fees, with $2,000.00 to be paid no later than December 2, 2014, and the balance to be paid in no more than six equal monthly installments beginning no later than January 2, 2015. All payments shall be made payable to "Gregory Reichenbach in trust for Mary Hammonds" and sent to Mr. Reichenbach at PO Box 256, 505 E. Jefferson St., Bluffton, Ohio 45817. Payments will be in the form of official bank check, money order, or attorney trust account check.

In the event Assigned Credit Solutions fails to make payments as agreed herein, the Court may, upon motion of Plaintiff, enter judgment against Assigned Credit Solutions in favor of Plaintiff, in the amount of $14,000.00 minus the amount of payment received by Plaintiff, with interest at the federal statutory rate, with the consent of Assigned Credit Solutions. In that event, the Court will be advised of the amount due

by affidavit from Plaintiffs counsel.

In the event Assigned Credit Solutions makes payments as agreed herein, Plaintiff will waive interest, and will file a notice of dismissal of Assigned Credit Solutions LLC with prejudice, at Defendant's cost.

At this time, the Court DISMISSES the case without prejudice at Defendant's cost, but retains jurisdiction for the limited purposes contained herein.

s/Mark R. Abel
United States Magistrate Judge

Approved:

| | |
|---|---|
| 11/19/2014<br>Date | /s/ Gregory S. Reichenbach<br>Gregory S. Reichenbach (0077876)<br>P.O. Box256<br>Bluffton, OH 45817<br>(419) 529-8300<br>Fax: (419) 529-8310<br>Greg@ReichenbachLaw.com<br>Attorney for Plaintiff |
| 11/19/2014<br>Date | s/Richard D. Palmer<br>Richard D. Palmer (0000730)<br>RICHARD D. PALMER CO., LPA<br>601 South High Street Second Floor<br>Columbus, Ohio 43215<br>614-228-1545<br>614-221-8912 fax<br>rdpalmerlaw@aol.com<br>Attorney for Defendant |