# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MARY HAMMONDS**, | Case No.:  2:13-cv-961 |
| Plaintiff, | |
| | JUDGE: Mag. J. Abel |
| v. | |
| **ASSIGNED CREDIT SOLUTIONS, INC.**, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

\* \* \*

Plaintiff, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), and as agreed in the stipulated order filed November 20, 2014, hereby dismisses all claims set forth in the amended complaint against the Defendant, with prejudice, at Defendant's cost.

Respectfully submitted,

Date: <u>May 29, 2015</u>

/s/ Gregory S. Reichenbach

Gregory S. Reichenbach (0077876)
P.O. Box 256
Bluffton OH 45817
Telephone: (419) 529-8300
Fax: (419) 529-8310
Email: Greg@ReichenbachLaw.com
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *NOTICE OF DISMISSAL WITH PREJUDICE* was served by operation of the Court's ECF system as indicated, and email, this 29th day of May, 2015 upon:

Richard D. Palmer, Esq.
RICHARD D. PALMER CO., LPA
601 South High Street Second Floor
Columbus, Ohio  43215
Email: RDPALMERLAW@aol.com
Attorney for Defendant ASSIGNED CREDIT SOLUTIONS, INC..

      /s/ Gregory S. Reichenbach
      _____
      Gregory S. Reichenbach
      Attorney for Plaintiff